AO 442

~~ORDERED SEALED BY COURT~~ Unsealed 2/19/08

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

144789?

UNITED STATES OF AMERICA

v.

AMELIA VALENTE-HERNANDEZ (2)

FILED

08 FEB 25 AM 9:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**WARRANT FOR ARREST**

CASE NUMBER:

DEPUTY

**'08 MJ 0398**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      AMELIA VALENTE-HERNANDEZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

charging him or her with (brief description of offense)  2/14/08

Conspiracy to forge, counterfeit, alter and falsely make immigrant documents prescribed by regulation for entry into and as evidence of authorized stay and employment in the United States; in violation of Title 18, United States Code, Section 1546(a).

DATE ARRESTED BY STEVEN C. STAFFORD ACTING U.S. MARSHAL BY _____

In violation of Title      18      United States Code, Section(s)  371

Kerri Castillo                                    ICE Special Agent

Name of Issuing Officer                           Title of Issuing Officer

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE                             FEB 1 2 2008   San Diego, California

Signature of Deputy                                Date and Location

Bail fixed at $      No bail           by       The Honorable Anthony J. Battaglia

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J           ICE        (Forgery of Imm Docs.) 2589