1  **ANDREW K. NIETOR**
   California Bar No. 208784
2  110 West C Street, Suite 707
   San Diego, California 92101
3  Telephone: (619) 794-2386

4

**FILED**

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10          (HONORABLE WILLIAM McCURINE, JR.)

11

12  UNITED STATES OF AMERICA,          )  Criminal No. 08mj0398-WMC
                                       )
13              Plaintiff,             )
                                       )
14  v.                                 )
                                       )
15  AMELIA VALENTE-HERNANDEZ,          )
                                       )
16              Defendant.             )  SUBSTITUTION OF ATTORNEY
                                       )
17  _____)  _____

18

19      Amelia Valente-Hernandez, above-named defendant, hereby substitutes Andrew

20  K. Nietor as her attorney of record. Previous counsel is relieved of all responsibility in this case.

21

22  DATED: ___2/21/08___          _____
                                  Amelia Valente-Hernandez
23

24  DATED: ___2/21/08___          _____
                                  Andrew Nietor, substituting attorney
25

26  DATED: ___2/21/08___          _____
                                  Heather Rogers, current attorney
27

28  //

                                                        08mj0398

1  SO ORDERED,

2  DATED: 2/22/08

3                                              Hon. William McCurine, Jr.
                                               United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                    08mj0398